SHARPE v. WORLAND

No. 55PA99

Case below: 132 N.C.App. 223

Petition by defendants (Worland and Greensboro Anesthesia) for writ of supersedeas allowed 6 May 1999. Petition by defendants (Worland and Greensboro Anesthesia) for discretionary review pursuant to G.S. 7A-31 allowed 6 May 1999. Petition by defendant (Wesley Long) for writ of supersedeas allowed 6 May 1999. Petition by defendant (Wesley Long) for discretionary review pursuant to G.S. 7A-31 allowed 6 May 1999.

STATE v. ALLEN

No. 163P99

Case below: 132 N.C.App. 584

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 6 May 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 May 1999.

STATE v. BOWEN

No. 393P98

Case below: 130 N.C.App. 485

Petition by defendant to rehear petitions pursuant to Rule 31 dismissed 6 April 1999. Motion by defendant (Bowen) for an order of judgment by the North Carolina Supreme Court dismissed 6 May 1999. Motion by defendant (Bowen) to restrain State from denying equal protection dismissed 6 April 1999.

STATE v. CARTER

No. 319A93-2

Case below: Rockingham County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Rockingham County denied 6 May 1999.